1  Christine K. Noma (Bar No. 104751)
   Carita T. Shanklin (Bar No. 206844)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928

5  Attorneys for Defendants
   ALCO IRON AND METAL COMPANY, a
6  corporation, and KEM CANTOR, an individual

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 BAYKEEPER,                          Case No. C 05 00398

12         Plaintiff,                  STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE CASE
13    vs.                              MANAGEMENT CONFERENCE DATE,
                                       ANSWER TO COMPLAINT AND ORDER
14 ALCO IRON AND METAL COMPANY,
   a corporation, and KEM KANTOR, an
15 individual,

16         Defendants.

17

18

19

20         THE FOLLOWING IS A STIPULATION AND AGREEMENT by and between the

21 plaintiff BAYKEEPER, represented by Christopher A. Sproul, and defendants, ALCO IRON

22 AND METAL COMPANY, a corporation, and KEM KANTOR, an individual, represented by

23 Wendel, Rosen, Black & Dean LLP:

24         1.     WHEREAS the parties to this action are currently in the process of developing a

25                consent decree which they expect to resolve this matter and obviate the need for

26                further litigation between the parties;

27         2.     WHEREAS the parties to this action currently believe they will be able to present

28

*STIPULATION AND ORDER TO CONTINUE CASE*
*MANAGEMENT CONFERENCE - Case No. C 05 00398*

a proposed consent decree to the Court for approval in the near future;

IT IS HEREBY STIPULATED AND AGREED:

1.     That the date for ALCO IRON AND METAL COMPANY to submit its answer be continued until July 29, 2005;

2.     That the case management conference, currently set for July 1, 2005 be continued until August 5, 2005; and

3.     That the date for the parties to submit the joint Case Management Statement and Rule 26(f) Report be continued until July 29, 2005.

SO STIPULATED.

Dated: June 29, 2005

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Carita T. Shanklin
Attorney for Defendants
ALCO IRON AND METAL COMPANY,
a corporation, and KEM CANTOR, an
individual

Dated: June 29, 2005

ENVIRONMENTAL ADVOCATES

By: /s/ _____
Christopher A. Sproul
Attorney for Plaintiff
BAYKEEPER

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 28, 2005      /s/ Maxine M. Chesney
THE HONORABLE MAXINE M. CHESNEY

000312.0015\748134.1