| | |
|---|---|
| 1 | Christopher Sproul (State Bar No. 126398) |
| | Patricia Nelson (State Bar No. 133643) |
| 2 | ENVIRONMENTAL ADVOCATES |
| | 5135 Anza Street |
| 3 | San Francisco, California  94129 |
| | Telephone: (415) 533-3376 |
| 4 | Facsimile: (415) 358-5695 |
| | E-mail:  csproul@enviroadvocates.com |
| 5 |           pnelson@enviroadvocates.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | SAN BRUNO MOUNTAIN WATCH |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BAYKEEPER, | ) | Civil No. CV-05-00398-MMC |
| | ) | |
| Plaintiff, | ) | NOTICE OF CHANGE OF ADDRESS; |
| | ) | PLAINTIFF NAME CHANGE |
| v. | ) | **AND ORDER THEREON** |
| | ) | (Federal Water Pollution Control Act, |
| ALCO IRON AND METAL COMPANY, a corporation, and KEM KANTOR, an individual, | ) | 33 U.S.C. §§ 1251 et. seq.) |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE THAT as of July 1, 2005, there will be a change of address for Environmental Advocates, attorneys for Plaintiff San Francisco Baykeeper.  The new address will be:

> Environmental Advocates
> 5135 Anza Street
> San Francisco, California  94121
> Tel:  (415) 533-3376
> Fax:  (415) 358-5695
> E-mail:  csproul@enviroadvocates.com

Plaintiff requests that the above address be used in all future service and notice to Plaintiff.

Please further take notice that Plaintiff WATERKEEPERS NORTHERN CALIFORNIA,

1   a non-profit corporation, d.b.a. SAN FRANCISCO BAYKEEPER has changed its name to
2   BAYKEEPER.  Plaintiff requests that this name change be noted in the case caption in all
3   further pleadings filed in this matter and that Plaintiff be so identified in all future pleadings.

Respectfully Submitted,

Dated:  June 28, 2005

/s/ _____
Christopher Sproul
Attorneys for Plaintiff
Baykeeper

Dated: June 30, 2005

**IT IS SO ORDERED**
**Judge Maxine M. Chesney**

NOTICE OF CHANGE OF ADDRESS, PLAINTIFF NAME CHANGE                               Page 2