1  Christine K. Noma (Bar No. 104751)
   Carita T. Shanklin (Bar No. 206844)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA  94607-4036
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Defendants
   ALCO IRON AND METAL COMPANY, a
6  corporation, and KEM CANTOR, an individual

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | WATERKEEPERS NORTHERN            Case No.  C 05 00398 MMC
   | CALIFORNIA, a non-profit corporation,
12 | d.b.a. SAN FRANCISCO BAYKEEPER,   **STIPULATION AND ORDER TO
   |                                   CONTINUE CASE MANAGEMENT
13 |          Plaintiffs,              CONFERENCE DATE, ANSWER TO
   |                                   COMPLAINT AND ORDER**
14 |    vs.

15 | ALCO IRON AND METAL COMPANY,
   | a corporation, and KEM KANTOR, an
16 | individual,

17 |          Defendants.

18

19

20      THE FOLLOWING IS A STIPULATION AND AGREEMENT by and between the

21 plaintiff BAYKEEPER, represented by Christopher A. Sproul, and defendants, ALCO IRON

22 AND METAL COMPANY, a corporation, and KEM KANTOR, an individual, represented by

23 Wendel, Rosen, Black & Dean LLP:

24      1.      WHEREAS the parties to this action are currently in the process of finalizing a

25 consent decree;

26

27      2.      WHEREAS, an early settlement telephone conference has been scheduled for

28 August 4, 2005 with a Magistrate Judge (to be assigned by the Court);

*STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE - Case No.  C 05 00398*

IT IS HEREBY STIPULATED AND AGREED:

1. That the date for ALCO IRON AND METAL COMPANY to submit its answer be continued until August 31, 2005;

2. That the case management conference, currently set for August 5, 2005 be continued until September 9, 2005; and

3. That the date for the parties to submit the joint case management statement be continued until September 2, 2005.

SO STIPULATED.

Dated: July 29, 2005    WENDEL, ROSEN, BLACK & DEAN LLP

By:  /s/ Christine K. Noma
     Attorney for Defendants
     ALCO IRON AND METAL COMPANY,
     a corporation, and KEM CANTOR, an
     individual

Dated: July 29, 2005    ENVIRONMENTAL ADVOCATE

By:  /s/  Christopher A. Sproul
     Attorney for Plaintiff
     BAYKEEPER

**ORDER**

IT IS SO ORDERED; however, the Court advises the parties that the August 4, 2005 telephonic conference will be conducted with the ADR Office, (see ADR Clerk's Notice, filed July 27, 2005), not by a Magistrate Judge.

Date: August 1, 2005    _____
                        THE HONORABLE MAXINE M. CHESNEY

*STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - Case No.  C 05 00398*   - 2 -