**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER,<br><br>             Plaintiff,<br><br>  v.<br><br>ALCO IRON AND METAL COMPANY, et al.,<br><br>             Defendants | No. C-05-0398 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT PROOF OF SERVICE OF PROPOSED AMENDED CONSENT DECREE ON ATTORNEY GENERAL AND ADMINISTRATOR** |

On November 3, 2005, the Court entered a Consent Decree in the above-titled action. Before the Court is a proposed Amended Consent Decree, signed by plaintiff and defendants, filed August 22, 2008. The Amended Consent Decree, in addition to extending the term of the Consent Decree, imposes additional substantive requirements on defendants.

Where, as here, the United States is not a party to an action brought pursuant to the Federal Water Pollution Control Act, the district court may not enter a proposed consent judgment "prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."[1] See 33 U.S.C. § 1364(c)(3). To date, plaintiff has not filed proof of service of the proposed Amended Consent Decree on

---

[1] The "Administrator" is the "Administrator of the Environmental Protection Agency." See 33 U.S.C. § 1251(d).

either the Attorney General or the Administrator.  Consequently, the Court is unable to determine when the matter is appropriate for consideration.

Accordingly, plaintiff is hereby DIRECTED to file, no later than October 10, 2008, the requisite proof of service.

**IT IS SO ORDERED.**

Dated:  September 30, 2008

MAXINE M. CHESNEY
United States District Judge